## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID CROWELL, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-05-CV-3412 |
| | § | |
| SHELL OIL COMPANY, ET AL., | § | |
| *Defendants*. | § | |

### ORDER OF CONSOLIDATION

Pending before the court is the defendants' motion to consolidate. Dkt. 41. After reviewing the facts in both cases, the arguments of the parties, and the applicable law, the court finds that the motion to consolidate should be GRANTED. The two cases share significant common parties, issues of fact, and issues of law. No party would be prejudiced by a consolidation. Accordingly, the court finds that judicial economy would be best served by consolidating the two cases.

Therefore, it is ORDERED that the most recently filed case, H-05-CV-3724 *Siegel v. Shell Oil Co. et al.* is CONSOLIDATED into the earliest filed action, H-05-CV-3412 *Crowell v. Shell Oil Co., et al.* and that the case is assigned to the undersigned Judge. *See* FED. R. CIV. P. 42(a), and Local Rule 7.6. The Clerk shall enter this order on each docket sheet. All further pleadings shall be filed under case number H-05-CV-3412, and all pending motions shall remain pending until their resolution by this court.

It is so ORDERED.

Signed at Houston, Texas on January 3, 2007.

_____
Gray H. Miller
United States District Judge